**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| YANNICK DAVIDSON VOSSAH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-CV-1491-ADA-ML |
| | § | |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | |

**<u>JOINT MOTION TO EXTEND DEADLINES</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Plaintiff Yannick Davidson Vossah ("Plaintiff") and Apple Inc. ("Defendant"), and file this Joint Motion to Extend Deadlines and respectfully show the Court as follows:

## I. PROCEDURAL BACKGROUND

Plaintiff filed this case in federal court on September 12, 2025. [Dkt. 1]. Pursuant to the Parties' scheduling recommendations, the Court entered a Scheduling Order on January 23, 2026. [Dkt. 14]. The following deadlines remain in the scheduling order:

- Deadline for Discovery: July 31, 2026.
- Dispositive Motions: October 30, 2026.
- Trial/Jury Selection: March 8, 2027

## II. MOTION TO MODIFY

Rule 16(b)(4) provides that once a scheduling order is entered, it "may be modified for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4). The Rule recognizes that, "the parties will occasionally be unable to meet [deadlines] because scheduling order deadlines are

[generally] established relatively early in the litigation." *S & W Enters., L.L.C. v. SouthTrust Bank of Ala.*, 315 F.3d 533, 536 (5th Cir. 2003).

Here, good cause exists to modify the scheduling order. The parties have been diligently pursuing written and document discovery, including third-party subpoenas, which must be completed before depositions can be scheduled, and, as a result, necessitate an extension of the discovery and dispositive motion deadlines. Plaintiff has expressed his agreement, and this is the Parties' first request to extend litigation deadlines.

For purposes of efficiency, and not delay, the parties respectfully request that the following deadlines under the scheduling order be extended as listed below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery | July 31, 2026 | October 30, 2026 |
| Dispositive Motions | October 30, 2026 | November 20, 2026 |

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully pray that their Joint Motion to Extend Deadlines be, in all things, granted. The Parties pray for such other and further relief, at law or in equity, to which they may be entitled.

Respectfully submitted,

*/s/ Erika Leonard*

Erika L. Leonard
Texas Bar No. 24110740
erika.leonard@ogletree.com
Bonnie K. Serrano
Texas Bar No. 24133137
bonnie.serrano@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, TX 78701
Telephone: (512) 344-4700
Fax: (512) 344-4701

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 27th and 30th day of July 2026, I conferred with Plaintiff, *Pro Se*, via e-mail. Plaintiff consents to the relief requested.

/s/ *Bonnie Serrano*
Bonnie Serrano

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all parties of record.

/s/ *Erika Leonard*
Erika L. Leonard