**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| YANNICK DAVIDSON VOSSAH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-CV-1491-ADA-ML |
| | § | |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

Came on this day for consideration the Parties' Joint Motion to Extend Deadlines in connection with the above-styled case. After due consideration of the Parties' Joint Motion, the Court is of the opinion that the Motion is meritorious and should be, in all things, granted.

It is therefore ORDERED that the Court's Scheduling Order be modified as to the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery | July 31, 2026 | October 30, 2026 |
| Dispositive Motions | October 30, 2026 | November 20, 2026 |

IT IS SO ORDERED this _____ day of _________, 2026.

____________________________________
UNITED STATES DISTRICT JUDGE